IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEMYON GRINBLAT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>HYLAN'S BURRITOS LLC,<br>193 JORALEMON, LLC,<br>QUEENS PROGRESS ASSOCIATES, LLC,<br>2397 LLC,<br>JOHN DOE 1-X, persons yet unknown,<br>Limited Liability Companies,<br>Partnerships, Corporations 1-X, entities yet unknown,<br><br>Defendants. | STIPULATION OF DISCONTINUANCE<br>WITH PREJUDICE<br><br><br><br><br><br>CASE NO.: 20-cv-1642-BMC |

**IT IS HEREBY STIPULATED AND AGREED** by, and between, the attorney for Semyon Grinblat ("Plaintiff") on the one hand, and HYLAN'S BURRITOS LLC, 193 JORALEMON, LLC, QUEENS PROGRESS ASSOCIATES, LLC, and 2397 LLC (collectively, "Defendants"), on the other hand, that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person not a party having an interest in the subject matter of the action, the above-captioned action and all asserted, and non-asserted, claims, counterclaims and crossclaims are hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties. This stipulation may be signed in counterparts.

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, has the same force and effect as an original signature.

Signed: August 14, 2020

*Michael Grinblat*
Michael Grinblat, Esq. (4159752)

*Attorney for Plaintiff*
Semyon Grinblat

Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

Signed:

Gerard J. White, Esq.

*Attorney for Defendants*
HYLAN'S BURRITOS LLC
193 JORALEMON, LLC,
QUEENS PROGRESS ASSOCIATES, LLC
2397 LLC

43 Rider Avenue
Malverne, NY 11565
Telephone:   (516) 672-6373
Fax:         (718) 770-7009
Email:       gjwlegal@aol.com

**SO ORDERED:** 8/31/20

_____
Brian M. Cogan,
U.S. District Court Judge

2